01
02
03
04
05
06          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
07                AT SEATTLE

08  UNITED STATES OF AMERICA,              )
                                           )   CASE NO. MJ 11-614
09          Plaintiff,                     )
                                           )
10          v.                             )
                                           )   DETENTION ORDER
11  JOHNATHAN CASEY PHAIR,                 )
                                           )
12          Defendant.                     )
    _____ )

13

14  <u>Offense charged</u>:        Murder in the First Degree

15  <u>Date of Detention Hearing</u>:    January 9, 2012.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably

19  assure the appearance of defendant as required and the safety of other persons and the

20  community.

21          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22          1.      Defendant is charged with unlawfully killing or aiding and abetting the unlawful

01  killing of an individual on tribal trust lands on the Lummi Indian Reservation in the course of

02  commission of a robbery.

03      2.      Defendant was not interviewed by Pretrial Services.   He does not contest entry

04  of an order of detention.

05      3.      Defendant poses a risk of nonappearance due to lack of verified background

06  information.   He poses a risk of danger due to criminal history and the nature and

07  circumstances of the instant offense.

08      4.      There does not appear to be any condition or combination of conditions that will

09  reasonably assure the defendant's appearance at future Court hearings while addressing the

10  danger to other persons or the community.

11  It is therefore ORDERED:

12      1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

13          General for confinement in a correction facility separate, to the extent practicable, from

14          persons awaiting or serving sentences or being held in custody pending appeal;

15      2.  Defendant shall be afforded reasonable opportunity for private consultation with

16          counsel;

17      3.  On order of the United States or on request of an attorney for the Government, the

18          person in charge of the corrections facility in which defendant is confined shall deliver

19          the defendant to a United States Marshal for the purpose of an appearance in connection

20          with a court proceeding; and

21      4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

22          for the defendant, to the United States Marshal, and to the United State Pretrial Services

Officer.

DATED this <u>9th</u> day of January, 2012.

Mary Alice Theiler
United States Magistrate Judge